UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.	5:25-cv-00710-SB-AJR	Date: August 4, 2025
Page 1 of 3

Title:	Anthony Rene Alvarez v. San Antonio Regional Hospital, Director, et al.

DOCKET ENTRY:	**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO UPDATE ADDRESS OF RECORD**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:	ATTORNEYS PRESENT FOR DEFENDANTS:

None Present	None Present

**PROCEEDINGS: (IN CHAMBERS)**

On March 17, 2025, *pro se* Plaintiff Anthony Rene Alvarez ("Plaintiff"), a pretrial detainee incarcerated at the West Valley Detention Center, in Rancho Cucamonga, California, filed this civil rights action pursuant to 42 U.S.C. § 1983.

On July 23, 2025, the Court's July 14, 2025 Order, (Dkt. 23), which was mailed to Plaintiff's address of record at West Valley Detention Center, 9500 Etiwanda Ave., Rancho Cucamonga, CA 91739, was returned by the Postal Service as undeliverable. (Dkt. 25.) The returned envelope contained no markings or notation indicating the reason for non-delivery. (Id.) Upon review, the Court confirmed through the San Bernardino County Sheriff's Department Inmate Locator that Plaintiff remains in custody at West Valley Detention Center, where he has been continuously housed since the filing of this

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    5:25-cv-00710-SB-AJR                                 Date: August 4, 2025
                                                                  Page 2 of 3

Title:        Anthony Rene Alvarez v. San Antonio Regional Hospital, Director, et al.

action.[1]  All prior filings and correspondence have also reflected the same address of record.  (See Dkts. 1, 4, 6, 8, 10-12, 16, 18-20, 22.)  In light of the fact that Plaintiff's address of record has not changed and that prior documents have been successfully delivered to this address, the basis for the Court's July 14, 2025 Order being returned as undeliverable is unclear.

Accordingly, Plaintiff is advised that the Central District's Local Rule 11-3.8 requires the first page of all documents filed with the Court to contain the address "of the attorney or a party appearing pro se presenting the document."  C.D. Cal. Loc. R. 11-3.8.  Local Rule 41-6 also requires a party proceeding *pro se* to keep the Court and all other parties informed of the party's current address:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address **within 14 days of the service date of the order or other Court document**, **the Court may dismiss the action with or without prejudice for failure to prosecute.**

C.D. Cal. L.R. 41-6 (emphasis added).

The Court must have an address of record for all parties for service and receipt of filings.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **August 25, 2025** why the Court should not recommend that this action be dismissed either with or without prejudice pursuant to Local Rule 41-6 due to Plaintiff's failure to provide an updated mailing address.  Plaintiff may satisfy this Order by filing a response with a current mailing address.  **Plaintiff is warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed either with or**

---

[1] https://wp.sbcounty.gov/sheriff/corrections/inmate-locator/ (last checked on August 4, 2025, Booking No. 2408340762).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   5:25-cv-00710-SB-AJR | Date:  August 4, 2025 |
| | Page 3 of 3 |

Title:      Anthony Rene Alvarez v. San Antonio Regional Hospital, Director, et al.

**without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    The Clerk of Court is directed to re-mail a copy of the July 14, 2025 Order (Dkt. 23) and this Order to Plaintiff at the current address of record.

    IT IS SO ORDERED.


Attachment:
July 14, 2025 Order Waiving Initial Partial Filing Fee (Dkt. 23).