# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY RENE ALVAREZ,

Plaintiff,

v.

UNKNOWN UPLAND P.D.
OFFICERS et al,

Defendants.

Case No. 5:25-cv-00710-SB-AJR

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF U.S.
MAGISTRATE JUDGE

The Court has reviewed the Report and Recommendation of the U.S. Magistrate Judge.  Plaintiff has not filed any objections.  The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.  Judgment shall be entered dismissing the action without prejudice.

Dated:  October 8, 2025

Stanley Blumenfeld, Jr.
United States District Judge