JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY RENE ALVAREZ,

              Plaintiff,

      v.

UNKNOWN UPLAND P.D.

OFFICERS et al,

              Defendants.

Case No. 5:25-cv-00710-SB-AJR

JUDGMENT

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the action is dismissed without prejudice.

Dated: October 8, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge